NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TECH PHARMACY SERVICES, LLC,**

*Plaintiff-Cross-Appellant*

**v.**

**ALIXA RX LLC, GOLDEN GATE NATIONAL SENIOR CARE, DBA GOLDEN LIVINGCENTERS, FILLMORE CAPITAL PARTNERS, LLC,**

*Defendants-Appellants*

**FILLMORE STRATEGIC INVESTORS, LLC, FILLMORE STRATEGIC MANAGEMENT, LLC,**

*Defendants*

---

2019-1488, 2019-1489

---

Appeals from the United States District Court for the Eastern District of Texas in No. 4:15-cv-00766-ALM, Judge Amos L. Mazzant, III.

---

**JUDGMENT**

---

JESSICA LYNN ELLSWORTH, Hogan Lovells US LLP, Washington, DC, argued for plaintiff-cross-appellant. Also represented by KIRTI DATLA; MARIA WYCKOFF BOYCE, S. LEE WHITESELL, Houston, TX; THOMAS SCHMIDT, New

York, NY.

THOMAS M. MELSHEIMER, Winston & Strawn LLP, Dallas, TX, argued for defendants-appellants. Also represented by MICHAEL A. BITTNER, MICHAEL B. JOHNSON.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, SCHALL, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| June 3, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |